**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Latoya D. Stringer<br>        Debtor.<br>_____<br>Beverly Bus Garage Federal Credit Union<br>        Plaintiff,<br>    v.<br>Latoya D. Stringer,<br>        Defendant. | Chapter 13<br>Case No. 17-24815<br>Judge Cox<br><br>Adv. No. |

## COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT

Beverly Bus Garage Federal Credit Union, the "Credit Union," by and through its attorneys, Kerry Trunkett and Caroline Hasten of Trunkett & Trunkett, P.C., for its Complaint against Latoya D. Stringer, herein the "Defendant," pursuant to 11 U.S.C. §523(a)(2)(A) of the United States Bankruptcy Code, states as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C §1334 and Local General Rule 2.33(a) of the United States District Court for the Northern District of Illinois.

2. This is a core proceeding brought pursuant to 28 U.S.C. § 157(b)(2)(I) and (J) and brought as an adversary proceeding under Federal Rule of Bankruptcy Procedure 7001.

3. This is a claim for relief brought pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(6).

54904 Complaint to Determine Dischargeability of a Debt

## BACKGROUND ALLEGATIONS

4. On August 18, 2017, the Defendant voluntarily filed for relief under Chapter 13 of the United States Bankruptcy Code.

5. On March 18, 2013, the Defendant applied for and received a loan from the Credit Union for the purpose of purchasing a 2011 Kia Sorrento VIN 5XYKTDA26BG145841 (the "Vehicle") from a dealership. Attached hereto as Exhibit A is a true and correct copy of the application.

6. The Credit Union and the Defendant entered into the Vehicle Loan agreement, whereby the Defendant pledged as security for the Vehicle Loan, the 2011 Kia Sorrento. Attached hereto as Exhibit B is a true and correct copy of the Vehicle Loan Agreement.

7. On March 18, 2013, the Credit Union issued a draft to the dealership for the Vehicle in the amount of $21,741.30.

8. The Defendant was to turn over the title to the Credit Union.

9. The Credit Union never received the title to the Vehicle.

10. On January 9, 2017, the Defendant applied for and received a loan from the Credit Union for the purpose of refinancing the Vehicle Loan. Attached hereto as Exhibit C is a true and correct copy of the application. Attached hereto as Exhibit D is a true and correct copy of the Refinanced Vehicle Loan Agreement.

11. The Defendant, again, pledged as security for the Vehicle Loan and the refinanced loan, the Vehicle.

12. Upon information and belief, when the Defendant received the clean title after using the loan proceeds to pay off the first lienholder, the Defendant used the title to obtain another loan secured by the Vehicle.

54904 Complaint to Determine Dischargeability of a Debt

13. According to the Secretary of State website, original title for the Vehicle was issued on December 15, 2014 to USAA Federal Savings Bank. Attached hereto as Exhibit E is the Secretary of State's title and registration status inquiry result.

14. According to the Debtor's plan, Consumer Portfolio Servicing is the lienholder on the Vehicle.

15. The Defendant currently remains indebted to the Credit Union the amount of $11,728.40.

16. The current value of the vehicle pursuant to the NADA report is $10,925.00. Attached hereto as Exhibit F is a true and correct copy of the NADA report.

## COUNT I
## (U.S.C. § 523(a)(2)(A))
## The Defendant Refinanced the Vehicle Loan Through Actual Fraud

17. The Credit Union incorporates paragraphs 1 – 16 as paragraph 17.

18. The Defendant pledged the Vehicle as collateral for the loan but never provided the Credit Union with the title.

19. The Defendant knew she did not have the Vehicle's title to pledge as security for the Vehicle Loan when she applied to refinance the Vehicle Loan on January 9, 2017.

20. The Defendant falsely promised to provide the Credit Union with the title to the Vehicle.

21. The Defendant did not intend to provide the Credit Union with collateral to refinance the Vehicle Loan.

22. The Credit Union relied on the Defendant's false statements that she would give the Credit Union a security interest in the Vehicle when the Credit Union provided her the refinanced Vehicle Loan.

23. The Defendant intends to pay the Credit Union for the Vehicle Loan as an unsecured debtor.

WHEREFORE, Beverly Bus Garage Federal Credit Union respectfully requests that this Court find the debt owed to the Credit Union non-dischargeable and enter judgment in the amount of $11,728.40 plus costs and fees pursuant to 11 U.S.C. §523(a)(2)(A) against Latoya D. Stringer and for further relief as this Court deems just.

## COUNT II
## (U.S.C. § 523(a)(6))
### Willful and Malicious Injury by the Defendant to the Property of the Credit Union

24. The Credit Union incorporates paragraphs 1 – 23 as paragraph 24.

25. The refinanced vehicle loan agreement provided that the Defendant promised to pledge as security for the loan, the title to the Vehicle.

26. The Defendant did not turn over the title to the Credit Union.

27. The Defendant pledged the title of the Vehicle as collateral for another loan.

28. When the Defendant applied to refinance the vehicle loan, she knew that another creditor held title to the Vehicle.

29. Instead of a secured loan to be paid in full under a Chapter 13 plan, the Credit Union will be paid 10% of the loan balance.

30. The Defendant improperly and deliberately used the rightful property of the Credit Union to obtain another loan.

WHEREFORE, Beverly Bus Garage Federal Credit Union respectfully requests that this Court find the debt owed to the Credit Union non-dischargeable and enter judgment in the

54904 Complaint to Determine Dischargeability of a Debt

amount of $11,728.40 plus costs and fees pursuant to 11 U.S.C. §523(a)(6) against Latoya D. Stringer and for further relief as this Court deems just.

        Respectfully submitted,

        Beverly Bus Garage Federal Credit Union

        By: *Caroline Hasten*

        Caroline Hasten, One of its Attorneys

**TRUNKETT & TRUNKETT, P.C.**
20 N. Wacker Drive, Suite 1434
Chicago, IL 60614
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656

18
LP 590.78
L 485.52
11,380.08
35,442.89

# CREDIT APPLICATION

**IMPORTANT APPLICANT INFORMATION:** Federal law requires financial institutions to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

### TYPE OF CREDIT REQUESTED
IMPORTANT: Check (✓) the appropriate boxes below and complete the applicable sections.
- ☐ SECURED
- ☑ INDIVIDUAL CREDIT - relying solely on my income or assets
- ☐ UNSECURED ☐ INDIVIDUAL CREDIT - relying on my income or assets as well as income or assets from other sources
- ☐ JOINT CREDIT - We intend to apply for joint credit. (initials)

**FOR CREDITOR USE**
DATE 3-18-
CLASS NO.
ACCOUNT NO. 4732
APPROVED ☑ BY
DECLINED ☐ BY

| AMOUNT REQUESTED | FOR HOW LONG | PAYMENT DATE DESIRED | WANT TO REPAY | PROCEEDS OF LOAN TO BE USED FOR: |
|---|---|---|---|---|
| $ 21,849.29 | | | ☑ MONTHLY | Car Loan |

## SECTION A - INDIVIDUAL APPLICANT INFORMATION

NAME (Last, First, Middle): Stringer LaToya D

| BIRTHDATE | TELEPHONE NO. | DRIVER'S LICENSE NO. | SOCIAL SECURITY NO. | NO. DEPENDENTS | AGES OF DEPENDENTS |
|---|---|---|---|---|---|
| | | | | 2 | 12/23 |

ADDRESS (Street, City, State & Zip): 135 Grace St Steger, IL 60475
COUNTY: Will
Do you ☐ own or ☑ rent? HOW LONG: 3yrs

PREVIOUS ADDRESS: COUNTY: Did you ☐ own or ☐ rent? HOW LONG:

EMPLOYER: Chicago Transit Auth.
EMPLOYER DIVISION/BRANCH: Howard
HOW LONG:

BUSINESS PHONE: Ext.
POSITION OR TITLE: Switchman
HOW OFTEN PAID: bi-weekly
GROSS INCOME PER PAY PERIOD: $ 2650.00

PREVIOUS EMPLOYER: HOW LONG:

NAME & ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU | RELATIONSHIP

Alimony, child support, separate maintenance received under: ☐ Court Order ☐ Written Agreement ☐ Oral Understanding

SOURCES OF OTHER INCOME | AMOUNT PER MONTH $

Is any income listed in this Section likely to be reduced before the credit request is paid off? ☐ No ☐ Yes (Explain)
Have you previously received credit from us? ☐ No ☐ Yes - When?

## SECTION B - JOINT APPLICANT OR OTHER PARTY INFORMATION
Complete only if: for joint credit, for individual credit relying on income or assets from other sources, or applicant is married and resides in a community property state.

NAME (Last, First, Middle):

| BIRTHDATE | TELEPHONE NO. | DRIVER'S LICENSE NO. | SOCIAL SECURITY NO. | NO. DEPENDENTS | AGES OF DEPENDENTS |
|---|---|---|---|---|---|
| / / | | | | | |

RELATIONSHIP TO APPLICANT (If Any) | PRESENT ADDRESS | HOW LONG

EMPLOYER | EMPLOYER DIVISION/BRANCH | HOW LONG

BUSINESS PHONE | Ext. | POSITION OR TITLE | HOW OFTEN PAID | GROSS INCOME PER PAY PERIOD $

PREVIOUS EMPLOYER | HOW LONG

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under: ☐ Court Order ☐ Written Agreement ☐ Oral Understanding

SOURCES OF OTHER INCOME | AMOUNT PER MONTH $

Is any income listed in this Section likely to be reduced before the credit requested is paid off? ☐ No ☐ Yes (Explain)
Has Joint Applicant or Other Party ever received credit from us? ☐ No ☐ Yes - When?

## SECTION C - MARITAL STATUS
Complete only if: for joint or secured credit, or applicant resides in a community property state or is relying on property located in such a state as a basis for repayment of the credit requested.

| | | | |
|---|---|---|---|
| APPLICANT | ☐ Married | ☐ Separated | ☐ Unmarried (including single, divorced, and widowed) |
| OTHER PARTY | ☐ Married | ☐ Separated | ☐ Unmarried (including single, divorced, and widowed) |

(page 1 of 2)

## SECTION D - ASSET & DEBT INFORMATION
Check box for applicant or other.

| ASSETS OWNED (Use separate sheet if necessary.) | APPLICANT / OTHER | | | |
|---|---|---|---|---|
| DESCRIPTION OF ASSETS | | NAME IN WHICH THE ACCOUNT IS CARRIED | SUBJECT TO DEBT? | VALUE |
| SHARE DRAFT OR ACCOUNT NUMBER(S) (where) | | | | $ |
| SHARE OR SAVINGS ACCOUNT NUMBER(S) (where) | | | | |
| SHARE CERTIFICATE(S) OR CERTIFICATE OF DEPOSIT(S) (where) | | | | |
| MARKETABLE SECURITIES (issuer, type, no. of shares) | | | | |
| REAL ESTATE (location, date acquired) | | | | |
| LIFE INSURANCE (issuer, face value) | | | | |
| AUTOMOBILES (make, model, year) | | | | |
| OTHER (list) | | | | |
| TOTAL ASSETS | | | | $ |

OUTSTANDING DEBTS (Include charge accounts, installment contracts, credit cards, rent, mortgages and other obligations. Use separate sheet if necessary.)

| CREDITOR | APPLICANT / OTHER | ACCOUNT NUMBER | NAME IN WHICH THE LOAN WAS MADE | ORIGINAL AMOUNT | PRESENT BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|
| LANDLORD OR MORTGAGE HOLDER CURRENT RATE: ____% | | ☒ Rent Payment ☐ Mortgage | | (OMIT RENT) $ | (OMIT RENT) $ | $815 |
| SECOND MORTGAGE/HOME EQUITY CURRENT RATE: ____% | | | | | | — |
| AUTOMOBILE LENDER (describe) Vehicle: | | | | | | — |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL DEBTS | | | | | $ | $875 |

Complete the following information about both the Applicant and Joint Applicant or Other Person (if applicable):

Are you obligated to make Alimony, Support or Maintenance Payments? ☒ No ☐ Yes
If yes, to (Name & Address) _____ Amt. per month $ ____
Are you a co-maker, endorser, or guarantor on any loan or contract? ☒ No ☐ Yes  If yes, for whom? ____ To whom? ____
Are there any unsatisfied judgments against you? ☒ No ☐ Yes  If yes, to whom owed? ____ Amount $ ____
Have you been declared bankrupt in the last 10 years? ☐ No ☐ Yes  If yes, where? ____ Year? ____

**SECTION E - SECURED CREDIT** Complete only if credit is to be secured. Briefly describe the property to be given as security:

PROPERTY DESCRIPTION

NAMES & ADDRESSES OF ALL CO-OWNERS OF THE PROPERTY

IF THE SECURITY IS REAL ESTATE, GIVE THE FULL NAME OF YOUR SPOUSE (if any).

**SIGNATURES** - I certify that everything I have stated in this application and on any attachments is correct. Lender may keep this application whether or not it is approved. By signing below I authorize Lender to check my credit and employment history and to answer questions others may ask Lender about my credit record with Lender. I understand that I must update credit information at Lender's request if my financial condition changes.

_[signature]_  3-15-13
Applicant's Signature  Date  Other Signature (Where Applicable)  Date

Experl © 1992 Bankers Systems, Inc., St. Cloud, MN Form UCA-ILCU 6/24/2003 PROVIDED IN COOPERATION WITH THE ILLINOIS CREDIT UNION SYSTEM (page 2 of 2)



**BEVERLY BUS GARAGE FEDERAL CREDIT UNION**
1702 E. 103rd Street
Chicago, IL 60617





**LOANLINER**

**LOAN AND SECURITY AGREEMENTS AND DISCLOSURE STATEMENT**

| Fixed Rate | Variable Rate | Loan Date | Loan Number | Account Number |
|---|---|---|---|---|

Borrower 1 Name and Address
STRINGER
GRACE STREET
STEGER IL 60475-000?

Borrower 2 Name (and address if different from Borrower 1)

## TRUTH IN LENDING DISCLOSURE 'e' means an estimate

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate % | The dollar amount the credit will cost you $ | The amount of credit provided to you or on your behalf $ 771.38 | The amount you will have paid after you have made all payments as scheduled $ | The total cost of your purchase on credit is $ N/A which includes your downpayment of $ N/A |

| Filing Fees | Non-Filing Insurance |
|---|---|
| $ N/A | $ |

**Variable Rate:**

**Prepayment:** If you pay off early you will not have to pay a penalty. **Required Deposit:** The Annual Percentage Rate does not take into account your required deposit, if any.
**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the credit union. If you get the insurance from us, you will pay $
**Late Charge:**

| Your Payment Schedule will be: | Number of Payments 60 | Amount of Payments 590.71 | When Payments Are Due MONTHLY | BEGINNING 4/01/13 |
|---|---|---|---|---|

**Security:** Collateral securing other loans with the credit union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the credit union; and the property described below:

| Collateral | Property/Model/Make | Year | ID Number | Type/Lien Amount | Value | Key Number |
|---|---|---|---|---|---|---|
| SORENTO KIA | SORENTO | 2011 | 5XYKT0A26B0145841 | | | |

| Other (Describe): 4,348.00 | | 4732 | |
|---|---|---|---|
| Pledge of Shares $ | in Account Number | $ | in Account Number |

SEE YOUR CONTRACT DOCUMENTS FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, AND ANY REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE.

**ITEMIZATION OF THE AMOUNT FINANCED** IF AN AMOUNT IS MARKED WITH AN ASTERISK (*), WE WILL BE RETAINING A PORTION OF THE AMOUNT.

| Itemization of Amount Financed of $ | Amount Given to You Directly $ | Amount Paid on Your Account $ | Prepaid Finance Charge $ |
|---|---|---|---|
| Amount Paid to Others on Your Behalf $ | To $ | | |
| | To $ | To $ | To $ |

**LOAN AGREEMENT** continued on reverse side ☐ CONSUMERS' CLAIMS AND DEFENSES NOTICE — IF CHECKED, SEE REVERSE SIDE FOR NOTICE

1. **Promise to Pay:** You promise to pay $ _____ to the credit union plus interest on the unpaid balance until what you owe has been repaid. For fixed rate loans the interest rate is _____ % per year. For variable rate loans, the interest rate will vary in accordance with the terms of the variable rate explained in the Truth in Lending Disclosure. The initial interest rate is _____ % per year. 2. These Agreements are governed by the laws of _____.
3. **Collection Costs:** You promise to pay all costs of collecting the amount you owe under this Agreement. These costs will include reasonable attorney fees, court costs and/or collection agency fees and all other costs permitted under state law and regulation.

## SIGNATURES FOR LOAN AND SECURITY AGREEMENTS

**VERMONT NOTICE TO CO-SIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**
**NOTICE TO UTAH BORROWERS:** This written agreement is a final expression of the agreement between you and the Credit Union. This written agreement may not be contradicted by evidence of any oral agreement.
By signing as Borrower, you agree to the terms of the Loan Agreement. If property is described in the "Security" section of the Truth in Lending Disclosure, you also agree to the terms of the Security Agreement on the reverse side. If you sign as "Owner of Property" you agree only to the terms of the Security Agreement. **CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE AGREEMENT BEFORE YOU SIGN IT.**

| X _____ (SEAL) BORROWER 1 | DATE 3/18/13 | X _____ (SEAL) BORROWER 2 | DATE 3/18/13 |
|---|---|---|---|
| X _____ (SEAL) OTHER BORROWER / OWNER OF PROPERTY / WITNESS | DATE | X _____ (SEAL) | DATE |

below and sign your name and the date. Insurance is subject to change. You will receive written notice before any increase goes into effect. You have the right to stop this insurance by notifying your credit union in writing. Your signature below means you agree that:

- If you elect insurance, you authorize the credit union to add the charges for insurance to your loan each month.
- You are eligible for insurance up to the Maximum Age for Insurance. Insurance will stop when you reach that age.
- You are insured only for Advances actually received by You. You are not insured for any unused credit which may be available to You.

**IF ENROLLING FOR CREDIT LIFE INSURANCE, PLEASE ANSWER QUESTION #1.** You are not eligible for credit life insurance if You answer "Yes" to Question #1.
**IF ENROLLING FOR CREDIT DISABILITY INSURANCE, PLEASE ANSWER QUESTIONS #1, #2 AND #3.** You are not eligible for credit disability insurance if You answer "Yes"

2. Have You in the past three (3) years been treated by a competent authority for treatment for alcohol or drug use; back disorder; mental or nervous disorder?
   Member ☐ Yes ☒ No
   Co-borrower (if applicable) ☐ Yes ☐ No
3. Are you working for wages or profit for 25 hours a week or more? If you are off work because of temporary layoff, strike or vacation, but soon to resume, you will be considered at work.
   Member ☒ Yes ☐ No
   Co-borrower (if applicable) ☐ Yes ☐ No

**NOTE: THE LIFE AND DISABILITY INSURANCE CONTAINS CERTAIN BENEFIT EXCLUSIONS, INCLUDING A PRE-EXISTING CONDITION EXCLUSION. PLEASE REFER TO YOUR CERTIFICATE FOR DETAILS.**

| YOU ELECT THE FOLLOWING INSURANCE COVERAGE(S) | YES | NO | PREMIUM SCHEDULE | COVERED MEMBER (Please Print) |
|---|---|---|---|---|
| SINGLE CREDIT DISABILITY | X | | $ 485.52 @ | |
| SINGLE CREDIT LIFE | | | $ @ | |
| JOINT CREDIT LIFE | | | $ @ | |

Under "Exclusions and Restrictions," the Pre-Existing Conditions and Suicide Clause for Credit Life are waived.

If you are totally disabled for more than 30 days, then the disability benefit will begin with the 1st day of disability.

| GROUP POLICY NUMBER | RATE OF INTEREST USED ON THIS LOAN | INSURANCE MAXIMUMS | DISABILITY | LIFE |
|---|---|---|---|---|
| 012-0274-2 | | MAXIMUM MONTHLY TOTAL DISABILITY BENEFIT | $ 600 | N/A |
| DATE OF ISSUE OF THIS CERTIFICATE | MEMBER'S DATE OF BIRTH | MAXIMUM INSURABLE BALANCE PER LOAN ACCOUNT | $30,000 | $30,000 |
| | | MAXIMUM AGE FOR INSURANCE | 66 | 70 |
| JOINT INSURED'S DATE OF BIRTH | | SECONDARY BENEFICIARY (If you desire to name one) | | |

X [signature] 3-18-13
SIGNATURE OF MEMBER (Be sure to check one of the boxes above.) DATE

X
SIGNATURE OF JOINT INSURED (CO-BORROWER) DATE

APP. 835-0597HQ IL-1

NXX05/

CREDIT UNION COPY

© CUNA MUTUAL GROUP, 2001-03, 05-08, 11, ALL RIGHTS RESERVED

## LOAN AGREEMENT

In this Loan Agreement ("Agreement"), which begins on the reverse side, all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you," or "your" mean each person who signs this Agreement as a borrower.

**4. PAYMENTS** — You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. If this is a variable rate loan, the Truth in Lending Disclosure section tells you whether, if the interest rate increases, you will have to make more payments, higher payments, or if the final payment will be a balloon payment. You may prepay any amount without penalty. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments exactly as scheduled, your final payment may be more or less than the amount of the final payment that is disclosed. If you elect credit insurance, we will either include the premium in your payments or extend the term of your loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments to the place we choose. If this loan refinances another loan we have with you, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner we choose.

**5. LOAN PROCEEDS BY MAIL** — If the proceeds of this loan are mailed to you, interest on this loan begins on the date the loan proceeds are mailed to you.

**6. SECURITY FOR LOAN** — This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans you have with us also secures this loan. In addition to your pledge of shares, we may also have what is known as a statutory lien on all individual and joint accounts you have with us. A statutory lien means we have the right under federal law and many state laws to claim an interest in your accounts. We can enforce a statutory lien against your shares and dividends, and if any, interest and deposits, in all individual and joint accounts you have with us to satisfy any outstanding financial obligation that is due and payable to us. We may exercise our right to enforce this lien without further notice to you, to the extent permitted by law. ***For all borrowers:*** You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the credit union now and in the future. **The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default.** The statutory lien and your pledge do not apply to any Individual Retirement Account or any other

anyone is in default under any security agreement made in connection with this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other loan agreement you have with us.

**8. ACTIONS AFTER DEFAULT** — When you are in default, we may demand immediate payment of the entire unpaid balance under this Agreement. You waive any right you have to receive demand for payment, notice of intent to demand immediate payment and notice of demand for immediate payment. If we demand immediate payment, you will continue to pay interest at the rate provided for in this Agreement, until what you owe has been repaid. We will also apply against what you owe any shares and/or deposits given as security under this Agreement. We may also exercise any other rights given by law when you are in default.

**9. EACH PERSON RESPONSIBLE** — Each person who signs this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means we can enforce our rights against any one of you individually or against all of you together.

**10. LATE CHARGE** — If you are late in making a payment, you promise to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, you will not be charged one.

**11. DELAY IN ENFORCING RIGHTS** — We can delay enforcing any of our rights under this Agreement any number of times without losing the ability to exercise our rights later. We can enforce this Agreement against your heirs or legal representatives.

**12. CONTINUED EFFECTIVENESS** — If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**13. NOTICES** — Notices will be sent to you at the most recent address you have given us in writing. Notice to any one of you will be notice to all.

**14. USE OF ACCOUNT** — You promise to use your account for consumer (personal, family or household) purposes, unless the credit union gives you written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

**15. NO ORAL AGREEMENTS — THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND**

EXHIBIT C



**Application**

*Handwritten at top:* Payment $     18% Suffix # 9

```
Loan           L 7   - 6,528.40
               L 6     7,502.98
                      ─────────
                      14,031.38
```

**Individual Credit:** You must complete the **Applicant** section about yourself and the **Other** section about your spouse if:
1. you live in or the property pledged as collateral is located in a community property state (AK, AZ, CA, ID, LA, NM, NV, TX, WA, WI),
2. your spouse will use the account, or
3. you are relying on your spouse's income as a basis for repayment. If you are relying on income from alimony, child support, or separate maintenance, complete the **Other** section to the extent possible about the person on whose payments you are relying.

**Joint Credit:** Each Applicant must **individually** complete the appropriate section below. If Co-Borrower is spouse of the Applicant, mark the Co-Applicant box.

**Guarantor:** Complete the **Other** section if you are a guarantor on an account/loan.

Check below to indicate the type of account(s) and type of credit for which you are applying. Married Applicants may apply for a separate account.

☐ **LOANLINER® Account/Loan:** ☒ Individual ☐ Joint  Amount Requested $14,031.38  Purpose/Collateral: RE-FI
(Including ATM/Debit Card Access to the Account if Available)
**Repayment:** ☒ Payroll Deduction ☐ Cash ☐ Military Allotment ☒ Automatic Payment

*Handwritten:* SEE Cynthia

### Applicant

| Field | Value |
|---|---|
| NAME (Last - First - Initial) | Steinmer Latoya |
| ACCOUNT NUMBER | [redacted] |
| SOCIAL SECURITY NUMBER | [redacted] |
| DRIVER'S LICENSE NUMBER / STATE | [redacted] |
| LIST AGES OF DEPENDENTS NOT LISTED BY OTHER APPLICANT | |
| BIRTH DATE / HOME PHONE / CELL PHONE / BUSINESS PHONE | [redacted] |
| PRESENT ADDRESS | 7200 Arlington, Richton Park IL — ☒ RENT — YEARS AT THIS ADDRESS: 2 yrs |
| PREVIOUS ADDRESS | 126 Grace, Steger IL |

**COMPLETE FOR JOINT CREDIT, SECURED CREDIT OR IF YOU LIVE IN A COMMUNITY PROPERTY STATE:**
☐ MARRIED ☐ SEPARATED ☒ UNMARRIED (Single - Divorced - Widowed)

**Employment/Income**

| Field | Value |
|---|---|
| NAME AND ADDRESS OF EMPLOYER | CTA  567 W Lake St Chicago IL |
| TITLE/GRADE | Switchman |
| START DATE | 11-17-03 |
| HOURS AT WORK | 8 |
| SUPERVISOR'S NAME | T. McCollom |

NOTICE: ALIMONY, CHILD SUPPORT, OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT CHOOSE TO HAVE IT CONSIDERED.

EMPLOYMENT INCOME: $68,500 PER ANNUAL  ☐ NET ☐ GROSS
OTHER INCOME: $ ___ PER ___ SOURCE ___

MILITARY: IS DUTY STATION TRANSFER EXPECTED DURING NEXT YEAR? ☐ YES ☐ NO
WHERE ___ ENDING/SEPARATION DATE ___

PREVIOUS EMPLOYER NAME AND ADDRESS IF EMPLOYED LESS THAN FIVE YEARS / STARTING DATE / ENDING DATE

### Other: ☐ Co-Applicant ☐ Spouse ☐ Other

*(section blank)*

© CUNA Mutual Group 1980, 82, 84, 86, 89, 98, 2001, 03, 08-10 All Rights Reserved

CONTINUED ON REVERSE SIDE

AXX027

| Applicant Reference | | RELATIONSHIP | Other Reference | | RELATIONSHIP |
|---|---|---|---|---|---|
| NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU  ███ Heinar ███ | | HOME PHONE ███ | NAME AND ADDRESS OF NEAREST RELATIVE NOT LIVING WITH YOU ███ | | HOME PHONE ███ |

| What You Owe | CREDITOR NAME OTHER THAN THIS CREDIT UNION (Attach additional sheet(s) if necessary) | INTEREST RATE | PRESENT BALANCE | MONTHLY PAYMENT | OWED BY Applicant | OWED BY Other |
|---|---|---|---|---|---|---|
| ☑ RENT ☐ FIRST MORTGAGE (Include Tax and Ins.) | | | $ 0 | $ 1575 | ✓ | |
| 2nd MORTGAGE | | | $ | $ | | |
| 1st AUTO LOAN | | | $ | $ | | |
| 2nd AUTO LOAN | | | $ | $ | | |
| CHILD-CARE | | | $ | $ | | |
| CHILD SUPPORT | | | $ | $ | | |
| CREDIT CARD | Capital one | 24.9 | $ 130.00 | $ 25.00 | ✓ | |
| CREDIT CARD | | | $ | $ | | |
| OTHER | | | $ | $ | | |
| OTHER | | | $ | $ | | |
| LIST ANY NAMES UNDER WHICH YOUR CREDIT REFERENCES AND CREDIT HISTORY CAN BE CHECKED: | | TOTALS | $ | $ | | |

| What You Own | LIST LOCATION OF PROPERTY OR FINANCIAL INSTITUTION | MARKET VALUE | PLEDGED AS COLLATERAL FOR ANOTHER LOAN | | OWNED BY Applicant | OWNED BY Other |
|---|---|---|---|---|---|---|
| HOME | | $ | YES | NO | | |
| AUTO | | $ | YES | NO | | |
| SAVINGS | | $ | YES | NO | | |
| CHECKING | Bank of America | $ | YES | NO | | |
| OTHER (Describe) | | $ | YES | NO | | |

| Other Information About You | IF YOU ANSWER "YES" TO ANY QUESTION OTHER THAN #1, EXPLAIN ON AN ATTACHED SHEET | APPLICANT YES | APPLICANT NO | OTHER YES | OTHER NO |
|---|---|---|---|---|---|
| 1. ARE YOU A U.S. CITIZEN OR PERMANENT RESIDENT ALIEN? | | ✓ | | | |
| 2. DO YOU CURRENTLY HAVE ANY OUTSTANDING JUDGMENTS OR HAVE YOU EVER FILED FOR BANKRUPTCY, HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13, HAD PROPERTY FORECLOSED UPON OR REPOSSESSED IN THE LAST 7 YEARS, OR BEEN A PARTY IN A LAWSUIT? | | | ✓ | | |
| 3. IS YOUR INCOME LIKELY TO DECLINE IN THE NEXT TWO YEARS? | | | ✓ | | |
| 4. ARE YOU A CO-MAKER, CO-SIGNER OR GUARANTOR ON ANY LOAN NOT LISTED ABOVE? FOR WHOM (Name of Others Obligated on Loan): ___    TO WHOM (Name of Creditor): ___ | | | ✓ | | |

**State Law Notices**

**OHIO RESIDENTS ONLY:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**WISCONSIN RESIDENTS ONLY:** (1) No provision of any marital property agreement, unilateral statement under Section 766.59, or court decree under Section 766.70 will adversely affect the rights of the Credit Union unless the Credit Union is furnished a copy of the agreement, statement or decree, or has actual knowledge of its terms, before the credit is granted or the account is opened. (2) Please sign if you are not applying for this account or loan with your spouse. The credit being applied for, if granted, will be incurred in the interest of the marriage or family of the undersigned.

X _____
SIGNATURE FOR WISCONSIN RESIDENTS ONLY                DATE

### Signatures

You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of what you owe. If there are any important changes you will notify us in writing immediately. You authorize the Credit Union to obtain credit reports in connection with this application for credit and for any update, renewal or extension of the credit received. You understand that the

Credit Union will rely on the information in this application and your credit report to make its decision. If you request, the Credit Union will tell you the name and address of any credit bureau from which it received a credit report on you. It is a crime to willfully and deliberately provide incomplete or incorrect information in this application.

| X _LaJuan Strong_ (SEAL) 1-9-17 | X _____ (SEAL) |
|---|---|
| APPLICANT'S SIGNATURE                DATE | OTHER SIGNATURE                DATE |

### For Credit Union Use Only

| DATE 1-9-17 | APPROVED ☐ / DENIED (Adverse Action Notice Sent) ☐ | APPROVED LIMITS: $ | SIGNATURE | LINE OF CREDIT $ | OTHER $ | OTHER $ | DEBT RATIO/SCORE BEFORE  AFTER |
|---|---|---|---|---|---|---|---|

LOAN OFFICER COMMENTS:

SIGNATURES:
X _Michael Taylor_    1-9-17    X _signature_
                      DATE                        DATE

**EXHIBIT D**

**LOANLINER® Loan and Security Agreements and Disclosure Statement**

Borrower 1: LaToya Stringer, 4200 Arlington Dr., Richton Park, IL 60475

Borrower 2 Name (and address if different from borrower 1)

### TRUTH IN LENDING DISCLOSURE — 'e' means an estimate

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit is |
| 8 % | $ 1,892.99 | $ 14,031.38 | $ 16,824.49 | $ which includes your downpayment of $ |

Filing Fees $ | Non-Filing Insurance $

**Prepayment:** If you pay off early you will not have to pay a penalty. **Required Deposit:** The Annual Percentage Rate does not take into account your required deposit, if any.
**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union. If you get the insurance from us, you will pay $
**Late Charge:**

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | 467.35 | 3/1/17 |

**Security:** Collateral securing other loans with the Credit Union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the Credit Union; and the property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type/Lien Amount | Value | Key Number |
|---|---|---|---|---|---|---|
| | KIA SORENTO | 2011 | 5XYKTDA26BG145841 *CAR TITLE RELEASED After 7,500.00 PAID Cyn... | | | |

Other (Describe):
Pledge of Shares $ 1,000 in Account Number 4732 | $ in Account Number

SEE YOUR CONTRACT DOCUMENTS FOR ANY ADDITIONAL INFORMATION ABOUT NONPAYMENT, DEFAULT, AND ANY REQUIRED REPAYMENT IN FULL BEFORE THE SCHEDULED DATE.

**ITEMIZATION OF THE AMOUNT FINANCED** — IF AN AMOUNT IS MARKED WITH AN ASTERISK (*), WE WILL BE RETAINING A PORTION OF THE AMOUNT.

| Itemization of Amount Financed of | Amount Given to You Directly | Amount Paid on Your Account | Prepaid Finance Charge |
|---|---|---|---|
| $ 14,031.38 | $ 0 | $ 14,031.38 | $ |
| Amount Paid to Others on Your Behalf $ | To $ / To $ | To $ / To $ | |

**LOAN AGREEMENT** continued on reverse side   ☐ CONSUMERS' CLAIMS AND DEFENSES NOTICE — IF CHECKED, SEE REVERSE SIDE FOR NOTICE

In this Loan Agreement ("Agreement"), all references to "Credit Union," "we," "our," or "us," mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "you" or "your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

1. **Promise to Pay:** You promise to pay $ 14,031.38 to the Credit Union plus interest on the unpaid balance until what you owe has been repaid. For fixed rate loans the interest rate is 8 % per year. 2. These Agreements are governed by the laws of Illinois.

3. **Collection Costs:** You promise to pay, subject to applicable law, all costs of collecting what you owe under this Agreement and all costs of realizing on any security for the Agreement, including court costs, collection agency fees and reasonable attorney fees. We may enter into a contingent or hourly fee arrangement with an attorney or collection agency and you agree that such an agreement is reasonable. This provision also applies to bankruptcy, appeals or postjudgment proceedings.

4. **PAYMENTS** — You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If you prepay any part of what you owe, you are still required to make the regularly scheduled payments, unless we have agreed to a change in the payment schedule. Because this is a simple interest loan, if you do not make payments exactly as scheduled, your final payment may be more or less than the amount of the final payment that is disclosed. If you elect credit insurance, we will either include the premium in your payments or extend the term of your loan. If the term is extended, you will be required to make additional payments of the scheduled amount, until what you owe has been paid. You promise to make all payments to the place we choose. If this loan refinances another loan we have with you, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner we choose.

5. **LOAN PROCEEDS BY MAIL** — If the proceeds of this loan are mailed to you, interest on this loan begins on the date the loan proceeds are mailed to you.

6. **SECURITY FOR LOAN** — This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans you have with us also secures this loan, unless the property is a dwelling. In addition to your pledge of shares, we may also have what is known as a statutory lien on all individual and joint accounts you have with us. A statutory lien means we have the right under federal law and many state laws to claim an interest in your accounts.

We can enforce a statutory lien against your shares and dividends, and if any, interest and deposits, in all individual and joint accounts you have with us to satisfy any outstanding financial obligation that is due and payable to us. We may exercise our right to enforce this lien without further notice to you, to the extent permitted by law. **For all borrowers:** You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with the Credit Union now and in the future. **The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default.** The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

7. **DEFAULT** — You will be in default under this Agreement if you do not make a payment of the amount required on or before the date it is due. You will be in default if you break any promise you made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if you die, file for bankruptcy, become insolvent (that is, unable to pay your bills and loans as they become due), or if you made any false or misleading statements in your loan application. You will also be in default if something happens that we believe may seriously affect your ability to repay what you owe under this Agreement or if you are in default under any other loan agreement you have with us.

SIGNATURES FOR LOAN AND SECURITY AGREEMENTS

BEVERLY FEDERAL CREDIT UNION
[address illegible]
Evergreen Park, IL 60805

Loan Date
Borrower 1 Name and Address
Borrower 2 Name (and address if different from Borrower 1)

Owner of Collateral Name and Address

## SECURITY AGREEMENT

In this Agreement all references to "Credit Union," "we," "our" or "us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "you" or "your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** — You give us what is known as a security interest in the property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest you give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which you buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money you receive from selling the Property or from insurance you have on the Property. If the value of the Property declines, you promise to give us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** —

Security: Collateral securing other loans with the Credit Union may also secure this loan. You are giving a security interest in your shares and dividends and, if any, your deposits and interest in the Credit Union; and the property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type/Lien Amount | Value | Key Number |
|---|---|---|---|---|---|---|
| KIA | SORENTO | 2011 | 5XYKTDA26BG145841 | | | |
| | *CAR TITLE RELEASED AFTER $7,500 PAID | | | | | |

Other (Describe):
Pledge of Shares $ 1,000 in Account Number 4732 $ in Account Number

The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. **The security interest also secures any other loans, including any credit card loan, you have now or receive in the future from us and any other amounts you owe us for any reason now or in the future, except any loan secured by your principal dwelling.** If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or your principal dwelling, the Property will secure only this Loan and not other loans or amounts you owe us.

**3. OWNERSHIP OF THE PROPERTY** — You promise that you own the Property or, if this Loan is to buy the Property, you promise you will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that you have not already told us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise you will allow no other security interest or lien to attach to the Property either by your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** — If your state issues a title for the Property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement to protect our security interest from the claims of others. You irrevocably authorize us to execute (on your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to us. You promise to do whatever else we think is necessary to protect our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** — Until the Loan has been paid off, you promise you will: (1) Use the Property carefully and keep it in good repair. (2) Obtain our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform us in writing before changing your address. (4) Allow us to inspect the Property. (5) Promptly notify us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle property in another state without telling us.

**6. PROPERTY INSURANCE, TAXES AND FEES** — You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so.

If you cancel your insurance and get a refund, we have a right to the refund. If the Property is lost or damaged, we can use the insurance settlement to repair the Property or apply it towards what you owe. You authorize us to endorse any draft or check which

our loan agreements or may engage others to do so. The insurance charge added the Loan may include (1) the insurance company's payments to us and (2) the cost determining compliance with the insurance requirements. If we add amounts for the fees or insurance to the unpaid balance of the Loan, we may increase your payments pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** — If you do not purchase the required property insurance the insurance we may purchase and charge you for will cover only our interest the Property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.**

**8. DEFAULT** — You will be in default if you break any promise you make or fail perform any obligation you have under this Agreement. You will be in default if a property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects t value of the Property or our security interest in it. You will also be in default under t Agreement if the Loan is in default.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** — When you are in default, we m demand immediate payment of the outstanding balance of the Loan without giving y advance notice and take possession of the Property. You agree the Credit Union h the right to take possession of the Property without judicial process if this can be do without breach of the peace. If we ask, you promise to deliver the Property at a ti and place we choose. If the Property is a motor vehicle or boat, you agree that we m obtain a key or other device necessary to unlock and operate it, when you are in defau We will not be responsible for any other property not covered by this Agreement th you leave inside the Property or that is attached to the Property. We will try to retu that property to you or make it available for you to claim.

After we have possession of the Property, we can sell it and apply the money to a amounts you owe us. We will give you notice of any public disposition or the date af which a private disposition will be held. Our expenses for taking possession of a selling the Property will be deducted from the money received from the sale. The costs may include the cost of storing the Property, preparing it for sale and attorne fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If you have agreed to pay the Loan, you must pay any amount that remains unpaid af the sale money has been applied to the unpaid balance of the Loan and to what you o under this Agreement. You agree to pay interest on that amount at the same rate as t Loan, until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** — We can de enforcing any of our rights under this Agreement any number of times without losi the ability to exercise our rights later. We can enforce this Agreement against yo heirs or legal representatives. If we change the terms of the Loan, you agree that t Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** — If any part of this Agreement is determined b court to be unenforceable, the rest will remain in effect.

**12. NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSIO IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO P THE DIFFERENCE.

**13. NOTICE FOR ARIZONA OWNERS OF PROPERTY** — It is unlawful for you to f to return a motor vehicle that is subject to a security interest, within thirty days af you have received notice of default. The notice will be mailed to the address you ga us. It is your responsibility to notify us if your address changes. The maximum pena

# EXHIBIT E



## Title Status Inquiry Result

| | |
|---|---|
| VIN: | 5XYKTDA26BG145841 |
| Title Number: | 14349698658 |
| Application Number: | 8067125994 |
| Most recent title issuance: | 12/15/2014 |
| Type of title: | Original |
| Lienholder? | Yes |
| Multi-owner Yes/No? | No |
| Is better address needed for mailing? | No |
| Is vehicle tagged as rebuilt? | No |
| Is vehicle tagged as having flood damage? | No |

**Lienholder is:**
USAA FEDERAL SAVINGS BANK
P O BOX 25145
LEHIGH VALLEY, PA 18002

Please contact the nearest Secretary of State Facility or call the toll free number (1-800-252-8980) with any corrections.

Get the Registration Status of this Vehicle        Check status of another vehicle

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

EXHIBIT F

**NADA** Licensed to J.D. Power

10/25/2017

NADA Used Cars/Trucks

**Trunkett & Trunkett, PC**

20 N Wacker Dr. #1434
Chicago, IL 60606
3123243101
kerry@trunkettlawpc.com

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2011 Kia Sorento Utility 4D LX AWD 3.5L V6 |
| **Region:** | Central |
| **Period:** | August 18, 2017 |
| **VIN:** | 5XYKTDA26BG145841 |
| **Mileage:** | 87,500 |
| **Weight:** | 0 |



## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $10,925 | N/A | N/A | **$10,925** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| 3rd Row Seat | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power and Associates.
©2017 J.D.Power and Associates