# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17 B 24815 |
| Latoya D. Stringer, ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | Honorable Jacqueline P. Cox |
| _____ ) | |
| Beverly Bus Garage Federal Credit Union, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | Adversary No. 17 A 00556 |
| Latoya D. Stringer, ) | |
| ) | |
| Defendant(s). ) | |

## SCHEDULING ORDER

This adversary proceeding/contested matter having come before the court for a scheduling conference, the parties having been given notice and opportunity to be heard, the court orders as follows:

(a) The parties are hereby ordered to comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26 (a) (1) (as it applies in adversary proceedings) on or before **April 4, 2018.**

(b) All non-expert discovery must be completed on or before **July 11, 2018.** The Plaintiff shall disclose trial experts on or before **August 20, 2018.** The Plaintiff's trial experts must be deposed on or before **September 18, 2018.** The Defendant's trial experts must be disclosed on or before **August 20, 2018.** The Defendant's trial experts must be deposed on or before **September 18, 2018.** Disclosure of additional experts may be sought by motion. Any motion challenging the qualifications or proposed testimony of an expert witness must be made within **14** days after the deposition of the expert.

(c) Motion(s) for summary judgment shall be filed by **October 2, 2018.**

(d)  The trial is set to commence on **October 25, 2018 at 1:00 p.m., and October 26, 2018 at 10:00 a.m.**
     Other:_____.

(e)  A Final Pre-Trial hearing will be held on **October 16, 2018 at 10:30 a.m.** in Courtroom **680**, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

(f)  This order shall not be modified except by leave of court for good cause shown.

Dated:  3/5/18

ENTER:

J.Cox    *Jacqueline P. Cox*

**Jacqueline P. Cox**
**United States Bankruptcy Judge**